LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. Scott Greenberg, Esq. (Bar No. 4622)
5100 W. Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Fax: (702) 799-5505
Email: sgreenberg @ interact.ccsd.net
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAQUINTA WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>    Defendant. | Case No.: 2:16-cv-02248-APG-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE AND RESCHEDULE EARLY NEUTRAL EVALUATION** |

Plaintiff SHAQUINTA WILLIAMS and Defendant CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, by and through their respective counsel of record, hereby stipulate and agree to the continuance and rescheduling of the Early Neutral Evaluation to be held before the Honorable George W. Foley, Jr., United States Magistrate Judge. The Early Neutral Evaluation currently is scheduled for March 22, 2017, at 9:00 a.m. (*See* ECF No. 12.) The parties stipulate and agree to continue the Early Neutral Evaluation to **April 12, 2017**, commencing at **9:00 a.m.** The confidential written evaluation statements, to be prepared in accordance with the Court's prior Order Scheduling Early Neutral Evaluation (ECF No. 12), shall be submitted to chambers not later than April 5, 2017.

This continuance is requested due to a scheduling conflict for Plaintiff's counsel, who also

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

was scheduled for an Early Neutral Evaluation in the matter of *Ronald Boskovich v. Anthony & Sylvan Pools Corporation*, Case No. 2:16-cv-02846-RFB-CWH, which is to be held that same morning before the Honorable Cam Ferenbach, United States Magistrate Judge.

DATED: March 3, 2017.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: March 3, 2017.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ S. Scott Greenberg
    S. Scott Greenberg, Esq.

Attorneys for Defendant

5100 W. Sahara Avenue
Las Vegas, Nevada 89146

IT IS SO ORDERED.

_____
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: 3/06/2017

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2