LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. Scott Greenberg, Esq. (Bar No. 4622)
5100 W. Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Fax: (702) 799-5505
Email: sgreenberg @ interact.ccsd.net
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAQUINTA WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>　　　　　Defendant. | Case No.: 2:16-cv-02248-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

Plaintiff SHAQUINTA WILLIAMS and Defendant CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, by and through their respective counsel of record, hereby stipulate and agree to extend the time for filing dispositive motions in this matter by 30 days, to **August 16, 2017**. In accordance with the terms of the Stipulation to Extend Discovery Deadline (ECF No. 14), approved by this Court and filed on April 14, 2-17, the dispositive motions deadline in this matter was re-set to the current deadline of July 17, 2017, as discovery concluded in this matter on June 15, 2017.

There is good cause for entering into this stipulation. The parties recently completed taking depositions and have not yet received any of the deposition transcripts. In addition, the schedules of the counsels of record in this matter over the next several weeks warrant additional time to brief

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

dispositive motions on the five claims before this Court in this matter. For this reason, a 30-day extension is requested.

DATED: June 16, 2017.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: June 16, 2017.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ S. Scott Greenberg
    S. Scott Greenberg, Esq.

Attorneys for Defendant

5100 W. Sahara Avenue
Las Vegas, Nevada 89146

**IT IS SO ORDERED.**

Dated this 20th day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE