LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. Scott Greenberg, Esq. (Bar No. 4622)
5100 W. Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Fax: (702) 799-5505
Email: sgreenberg @ interact.ccsd.net
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAQUINTA WILLIAMS, | Case No.: 2:16-cv-02248-APG-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, | |
| Defendant. | **(SECOND REQUEST)** |

Plaintiff SHAQUINTA WILLIAMS and Defendant CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, by and through their respective counsel of record, hereby stipulate and agree to extend the time for filing dispositive motions in this matter by an additional 21 days, to **September 6, 2017**. Under the terms of the Stipulation to Extend Discovery Deadline (ECF No. 14), approved by this Court and filed on April 14, 2017, the dispositive motions deadline had been set to July 17, 2017, as discovery concluded in this matter on June 15, 2017. Pursuant to the terms of the Stipulation and Order to Extend Time to File Dispositive Motions (ECF No. 19), approved by this Court and filed on June 20, 2017, the dispositive motions deadlines was re-set to the current deadline of **August 16, 2017**.

There is good cause for entering into this stipulation. The parties currently are engaged in

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

settlement discussions that may be fruitful and need to be fully explored before the expense of briefing dispositive motions is undertaken. In addition, the parties only recently have received deposition transcripts and the deponents need time to read and sign the available transcripts. For this reason, an additional extension of 21 days is requested.

| | |
|---|---|
| DATED: July 18, 2017. | DATED: July 18, 2017. |
| LAW OFFICES OF ROBERT P. SPRETNAK | CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL |
| By: /s/ Robert P. Spretnak<br>    Robert P. Spretnak, Esq. | By: /s/ S. Scott Greenberg<br>    S. Scott Greenberg, Esq. |
| Attorney for Plaintiff | Attorneys for Defendant |
| 8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | 5100 W. Sahara Avenue<br>Las Vegas, Nevada 89146 |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES MAGISTRATE JUDGE

Dated: July 21, 2017

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2