1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Attorney for Defendant,
5  CLARK COUNTY SCHOOL DISTRICT

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9  SHAQINTA WILLIAMS                    CASE NO. 2:16-cv-02248-APG-PAL

10          Plaintiff,

11  v.                                  **STIPULATION TO EXTEND MOTION
                                        DEADLINE**
12  CLARK COUNTY SCHOOL DISTRICT; a     (Third Request)
    political subdivision of the
13  State of Nevada,

14          Defendants.

15        COME NOW, the parties, by and through their attorneys of

16  record, and hereby stipulate and agree to extend the motion deadline

17  two (2) weeks from the current deadline of September 6, 2017, up to

18  and including September 20, 2017.   This is the third request to

19  extend the motion deadline.   The deadline was last extended as the

20  parties are exploring possible resolution (Docket #21), which are

21  still being explored.   This request is made in good faith for the

22  reasons described below and not for any reason of delay.

23        Defense counsel's office, part of the District Legal Office,

24  moved temporarily as the District building it is in is undergoing

25  construction.   Defense counsel just learned that the District Legal

26  Office's move back to its regular offices has been scheduled and

27  must have their offices packed-up, including computers and files,

28  on Friday, September 1st.   The move will take place into the week of

September 4ᵗʰ. Given the disruption to defense counsel's office that will be caused by the move, the parties have agreed to extending the motion deadline. Additionally, Plaintiff's counsel will be out of the country from September 7ᵗʰ - September 19ᵗʰ therefore counsel believe it is prudent to have the motion deadline extend to Plaintiff's counsel's return. Therefore, the parties request the motion deadline be moved to September 20, 2017. The District will be filing a summary judgment motion as to all claims should a resolution not be reached.

Therefore, it is respectfully requested that the motion deadline be extended two (2) weeks up to and including September 20, 2017.

DATED this 24ᵗʰ day of August, 2017.

CLARK COUNTY SCHOOL DISTRICT          LAW OFFICES OF ROBERT SPRETNAK
Office of the General Counsel

By:   /s/ S, Scott Greenberg          By: /s/ Robert Spretnak
    S. SCOTT GREENBERG                     Robert Spretnak, Esq.
    Nevada Bar No. 4622                    Nevada Bar No. 5135
    5100 W. Sahara Ave.                    8275 S. Eastern Ave.
    Las Vegas, Nevada 89146               Las Vegas, NV 89123
    Attorneys for Defendant               Attorney for Plaintiff

**IT IS SO ORDERED:**

Date: ___August 25, 2017___          _____
                                     U.S. MAGISTRATE JUDGE

- 2 -