LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. Scott Greenberg, Esq. (Bar No. 4622)
5100 W. Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Fax: (702) 799-5505
Email: sgreenberg @ interact.ccsd.net
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAQUINTA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>　　　　Defendant. | Case No.: 2:16-cv-02248-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO ECF NO. 24 (DEFENDANT'S MOTION FOR SUMMARY JUDGMENT)**<br><br>**(First Request)** |

Plaintiff SHAQUINTA WILLIAMS and Defendant CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff Shaquinta Williams to file her points and authorities in opposition to Defendant's Motion for Summary Judgment (ECF No. 24) by two weeks, to **October 25, 2017**. Defendant's Motion for Summary Judgment was filed on September 20, 2017; therefore, in accordance with LR 7-2(b), Plaintiff's response currently is due to be filed by October 11, 2017.

There is good cause for entering into this stipulation. Plaintiff's counsel is engaged in preparation for a jury trial in the matter of *Lisa Hoops v. Robert Roth, MD, A Professional Corporation*, Case No. 2:15-cv-01421-GMN-CWH, set to begin on October 16, 2017. In addition,

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

Plaintiff's counsel has an appellate brief due to be filed on October 10, 2017, with the Ninth Circuit in the matter of *Leeann E. Archuleta and Michael B. Dickens v. Corrections Corporation of America*, Case No. 17-15553. With these two major deadlines, and additional duties in other matters, a brief extension of two weeks is requested for this dispositive motion.

This extension, in turn, will necessitate a one-week extension until **November 15, 2017,** for Defendant to file its reply brief. Based on the new deadline for the opposition brief to be filed, the deadline for Defendant to file its reply brief to November 8, 2017. This brief extension is necessary because counsel for Defendant is scheduled to be out of town for a period of time during which the reply would need to be prepared and filed.

DATED: September 28, 2017.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: September 28, 2017.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ S. Scott Greenberg
    S. Scott Greenberg, Esq.

Attorneys for Defendant

5100 W. Sahara Avenue
Las Vegas, Nevada 89146

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 29, 2017.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123